**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ALBERT CARL MAIER and
GAIL E. MAIER,

       Appellants,                          Case No: 3:18-cv-462-J-32

vs.

TD BANK, NATIONAL ASSOCIATION,

       Appellee.

**CERTIFICATE OF INTEREST PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Appellee TD Bank, National Association ("TD Bank"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

**I.**     **INTERESTED PERSONS**

The persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    a. TD BANK, N.A.
    b. ALBERT CARL MAIER
    c. GAIL E. MAIER
    d. SARA F. HOLLADAY-TOBIAS (Counsel for Appellee, TD Bank, N.A.)
    e. EMILY Y. ROTTMANN (Counsel for Appellee, TD Bank, N.A.)
    f. COURTNEY A. MCCORMICK (Counsel for Appellee, TD Bank, N.A.)
    g. MCGUIREWOODS LLP (Counsel for Appellee, TD Bank, N.A.)
    h. WENDELL FINNER (Counsel for Appellants)

      i.   WENDELL FINNER PC (Counsel for Appellants)

**II.   CORPORATE DISCLOSURE STATEMENT**

TD Bank, N.A. is a national banking association, a wholly-owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware limited liability company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD."

No publicly held company directly owns more than 10% of the stock of TD Bank, N.A.

                                                    McGUIREWOODS LLP

                                                    By   */s/ Courtney A. McCormick*
                                                           Sara F. Holladay-Tobias
                                                           Florida Bar No. 0026225
                                                           Emily Y. Rottmann
                                                           Florida Bar No. 93154
                                                           Courtney A. McCormick
                                                           Florida Bar No. 92879
                                                           50 N. Laura Street, Suite 3300
                                                           Jacksonville, FL 32202
                                                           (904) 798-3200
                                                           (904) 798-3207 (fax)
                                                           stobias@mcguirewoods.com
                                                           erottmann@mcguirewoods.com
                                                           cmccormick@mcguirewoods.com

                                                     *Attorneys for of Appellee TD Bank, National Association*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 26, 2018, a true and correct copy of foregoing was served by delivery via ECF e-mail to all registered parties as follows:

Wendell Finner, Esq.
WENDELL FINNER PC
9407 Harford Road
Baltimore, Maryland 21234
(410) 929-2440
(410) 449-1170 fax
himself@wendellfinner.com

*Attorney for Plaintiffs*

                       */s/ Courtney A. McCormick*
                          Attorney